[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-14951
Non-Argument Calendar

————————————————

D.C. Docket No. 8:17-cr-00507-WFJ-AEP-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM JONES,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(November 24, 2020)

Before MARTIN, LUCK and FAY, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for William Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.